JERRY WLODARCZYK v. LUCIEN BARON.

June 23, 1987.

Petition for certification denied.

RITA VALENTIN v. WARREN MANAGEMENT, INC.

June 23, 1987.

Petition for certification denied.

STANWICK, B.V. v. SHREWSBURY ASSOCIATES AND
TRITON GROUP, LTD.

June 23, 1987.

Petition for certification denied.

JOSEPH E. BUCKLEY, JR. v. TRENTON SAVINGS FUND SOCIETY.

June 23, 1987.

Petition for certification granted. (See 216 *N.J.Super.* 705)